UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MATTHEW MORROW,

       Defendant.

_____/

Case No. 2:02–cr–00007–JTN

Hon. Janet T. Neff

## NOTICE REGARDING REASSIGNMENT OF CASE

     NOTICE is hereby given that this case is reassigned to Judge Janet T. Neff for all further proceedings pursuant to Administrative Order number 07–091. Judge David W. McKeague is no longer assigned to the case.

CLERK OF COURT

Dated:  July 11, 2017     By:   _/s/ N. Stimec_____
                           Deputy Clerk