Prob12b
5/00

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*Probation Form 49, Waiver of Hearing is Attached*

July 11, 2017

Name of Offender:    **MATTHEW SCOTT MORROW**         Docket Number: 2:02:CR:07-01

Name of Sentencing Judicial Officer:        The Honorable David W. McKeague
                                            U.S. District Judge

Name of Presiding Judicial Officer:         The Honorable Janet T. Neff
                                            U.S. District Judge

Date of Original Sentence:  September 17, 2002

Original Offense:    Ct. 2 – Aggravated Sexual Abuse of a Child; 18 U.S.C. § 2241(c).

Original Sentence:    210 months custody and five years of supervised release. The following special conditions were ordered: (1) financial disclosure; (2) substance abuse testing or treatment; (3) no alcohol use; (4) mental health treatment, as directed by officer; (5) no unsupervised association or contact with children.  Fine of $7,980.00 ($6,966.04 balance) Special Assessment of $100.00 (paid in full).

Type of Supervision: Supervised Release          Date Supervision Commenced: June 9, 2017

---

## PETITIONING THE COURT

**[X]    To modify Special Condition five (5) as follows:**

(5)    You must have no contact with minors (under the age of 18) without the written approval of the probation officer and must refrain from entering into any area where children frequently congregate including, but not limited to parks, schools, day care centers, playgrounds, theme parks, theaters, and playgrounds.

**[X]    To add Special Conditions 6-13, as follows:**

(6)    You must participate in a sex offender assessment and/or treatment, as approved by the probation officer, which may include physiological

Request for Modifying the Conditions or Term
of Supervision with Consent of the Offender

Page  2
The Honorable Janet T. Neff
**Re: MATTHEW SCOTT MORROW**
July 11, 2017

testing, such as polygraph, and/or ABEL Assessment.  You will contribute to the cost of treatment in an amount approved by the probation officer and waive your right of confidentiality while involved in treatment.

(7)    Your residence and employment must be pre-approved by the probation officer.

(8)    You must not date or socialize with anyone who has children under the age of 18 without the permission of the probation officer.

(9)    You must not have contact with the victim(s) in this case. This includes any physical, visual, written, electronic or telephonic contact with such persons. Additionally, you must not directly cause or encourage anyone else to have such contact with the victim(s).

(10)   You must use only those computer(s) and/or computer related device(s) approved in advance by the probation officer.

(11)   The defendant shall consent to periodic announced or unannounced examination of his/her computer or computer related devices by the U.S. Probation Office or authorized designee. Examinations based on reasonable suspicion of violation conduct or illegal activity may result in seizure of such systems for a more thorough examination.

(12)   You must provide all computer-related billing records, including but not limited to telephone, cell phone, cable and internet, as directed by the probation officer.  Refusal to comply is a violation of conditions of your supervision.   You will warn anyone whom you share residence the premises may be subject to searches pursuant to this condition.

(13)   You must not apply for, nor enter into, any loan or other credit transaction without the approval of the probation officer.

## CAUSE

After reviewing the nature and circumstances of the instant offense, it is the probation department's position that the above modifications are necessary to properly supervise Mr. Morrow.  The requested modifications will allow the probation office to refer Mr. Morrow to sex offender specific treatment, which has been recommended by the Bureau of Prisons.  The remaining modifications will ensure added protection of the community.

Request for Modifying the Conditions or Term                                           Page 3
of Supervision with Consent of the Offender                         The Honorable Janet T. Neff
                                                                    **Re: MATTHEW SCOTT MORROW**
                                                                                  July 11, 2017

It should be noted, on June 30, 2017, Mr. Morrow signed a Probation Form 49 (Waiver of Hearing to Modify Conditions or Terms of Supervised Release), consenting to the above modification.

Respectfully submitted,

/s/ Zach B. Jabour
Zach B. Jabour
U.S. Probation Officer
616-456-2944

Reviewed and Approved:    /s/ Rhonda Wallock
                          Rhonda Wallock
                          Assistant Deputy Chief U.S. Probation Officer
                          616-456-2317

**THE COURT ORDERS:**

[ ] No Action
[X] The Modification as Noted Above
[ ] Other

/s/ Janet T. Neff
The Honorable Janet T. Neff
U.S. District Judge

July 11, 2017
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## For the
## WESTERN DISTRICT OF MICHIGAN

### Matthew Scott Morrow
### Dkt. No.: 2:02-CR-07

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify Special Condition five (5), as follows:

(5)     You must have no contact with minors (under the age of 18) without the written approval of the probation officer and must refrain from entering into any area where children frequently congregate including, but not limited to parks, schools, day care centers, playgrounds, theme parks, theaters, and playgrounds.

To add Special Conditions 6 – 13 , as follows:

(6)     You must participate in a sex offender assessment and/or treatment, as approved by the probation officer, which may include physiological testing, such as polygraph, and/or ABEL Assessment. You will contribute to the cost of treatment in an amount approved by the probation officer and waive your right of confidentiality while involved in treatment.

(7)     Your residence and employment must be pre-approved by the probation officer.

(8)     You must not date or socialize with anyone who has children under the age of 18 without the permission of the probation officer.

(9)     You must not have contact with the victim(s) in this case. This includes any physical, visual, written, electronic or telephonic contact with such persons. Additionally, you must not directly cause or encourage anyone else to have such contact with the victim(s).

(10)    You must use only those computer(s) and/or computer related device(s) approved in advance by the probation officer.

(11)    The defendant shall consent to periodic announced or unannounced examination of his/her computer or computer related devices by the U.S. Probation Office or authorized designee. Examinations based on reasonable suspicion of violation conduct or illegal activity may result in seizure of such systems for a more thorough examination.

(12)    You must provide all computer-related billing records, including but not limited to telephone, cell phone, cable and internet, as directed by the probation officer.  Refusal to comply is a violation of conditions of your supervision.  You will warn anyone whom you share residence the premises may be subject to searches pursuant to this condition.

(13)    You must not apply for, nor enter into, any loan or other credit transaction without the approval of the probation officer.

Witness: _____    Signed: _____
               Zach B. Jabour                                                            Matthew Scott Morrow
               U.S. Probation Officer                                              Supervised Releasee

                                                                                              6-30-17
                                                                                              _____
                                                                                              DATE